Mary WISZMANN, et al., Appellants, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.

No. 11194.

Circuit Court of Appeals, Eighth Circuit.

June 15, 1938.

Roy M. Harrop, of Omaha, Neb., for appellants.

Ernest B. Perry, Robert Van Pelt, Lloyd J. Marti, and Joseph P. O'Gara, all of Lincoln, Neb., for appellee.

PER CURIAM.

Motion of appellants for nunc pro tunc order denied and motion of appellee to dismiss granted and appeal dismissed at costs of appellants.

Howard O. WOOD, Jr., and Caryl H. Wood, Appellants, v. Almon G. RASQUIN, Collector of Internal Revenue, Appellee.

No. 299.

Circuit Court of Appeals, Second Circuit.

June 13, 1938.

Wood, Cooke & Seitz, of New York City (Howard O. Wood, Elliott W. Smith, and Stephen Callaghan, all of New York City, of counsel), for appellants.

Harold St. L. O'Dougherty, U. S. Atty., of Brooklyn, N. Y., and James W. Morris, Asst. U. S. Atty (Sewall Key and Donald J. Marran, Sp. Assts. to Atty. Gen., of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment, 21 F.Supp. 211, affirmed.

Earl S. WORSHAM, Trading as Worsham Brothers, and United States Guarantee Company, a Corporation, Appellants, v. Carney M. LAYNE and Elizabeth G. Huston, Appellees.

No. 4336.

Circuit Court of Appeals, Fourth Circuit.

April 23, 1938.

James Damron, of Huntington, W. Va., for appellants.

W. H. Norton, of Huntington, W. Va., for appellees.

PER CURIAM.

Case entered dismissed under Rule 20 in accordance with agreement of attorneys.

YOUNG v. UNITED STATES.

No. 8532.

Circuit Court of Appeals, Fifth Circuit.

July 12, 1938.

For former opinion, see 97 F.2d 200.

Before FOSTER, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of opinion that the petition for rehearing should be granted, it is ordered that the said petition be, and the same is hereby, denied.